HANNAH C. DENNIN, Appellant, *v.* THOMAS W. FINU-CANE et al., Defendants; and JAMES G. CUTLER et al., Respondents.

*Dennin* v. *Finucane,* 176 App. Div. 946, affirmed.

(Argued October 9, 1919; decided October 24, 1919.)

APPEAL from a judgment entered January 16, 1917, upon an order of the Appellate Division of the Supreme Court

in the fourth judicial department, which affirmed a judgment in favor of defendants, respondents, entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint. Plaintiff sued in equity, as assignee, for the rescission of certain contracts and the recovery of the purchase price of certain bonds.

*Louis Marshall* and *Arthur W. Weil* for appellant. *Joseph W. Taylor* and *William H. Page* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.